**Order entered July 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00593-CV

**BROOKE ARMBRISTER, Appellant**

**V.**

**AMERICAN HONDA FINANCIAL CORPORATION, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00400**

## ORDER

Before the Court is appellant's July 22, 2019 "objection/opposition of denial of motion to correct record." The objection appears to request we reconsider our July 17, 2019 order denying appellant's motion to correct the reporter's record and provide appellant a copy of the reporter's audio backup tapes. We **DENY** the request.

/s/    BILL WHITEHILL
       JUSTICE